IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RANDAL CRAGUN, CHRIS NELSON, HEATHER COLEMAN, and ROBERT CORKER,** | |
| *Plaintiffs,* | CASE NO.: 2:20-cv-01517-ACA |
| vs. | |
| **JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama,** | |
| *Defendant.* | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF PATRICK C. ELLIOTT

Pursuant to Local Rule 83.1(b), the undersigned counsel moves this Court to admit attorney Patrick C. Elliott *pro hac vice* in the above-styled action to represent Plaintiffs Randal Cragun, Chris Nelson, Heather Coleman, and Robert Corker. Under penalty of perjury, Patrick C. Elliott states as follows:

1. Movant's office address[1] and contact information is as follows:

    Freedom From Religion Foundation
    10 N. Henry Street
    Madison, Wisconsin 53703
    608-256-8900

---

[1] Movant requests that the Court grant this motion without the need for movant's residence address. Alternatively, movant requests to file his residence address under seal. Movant has faced threats of harm as have other attorneys employed by FFRF due to the controversial nature of practicing law on matters involving religion and government.

608-204-0422 (fax)
patrick@ffrf.org

2. Movant is in good standing and eligible to practice in all courts to which he is admitted. Movant is admitted to practice in the following jurisdictions:

| Court | Date Admitted |
|---|---|
| Wisconsin Supreme Court | 6/9/2009 |
| Minnesota Supreme Court | 11/20/2015 |
| U.S. Supreme Court | 8/5/2019 |
| U.S. Courts of Appeals for the Third Circuit | 5/5/2015 |
| U.S. Court of Appeals for the Fourth Circuit | 3/1/2016 |
| U.S. Court of Appeals for the Seventh Circuit | 5/8/2015 |
| U.S. District Court for the W.D. of Wisconsin | 6/9/2009 |
| U.S. District Court for the E.D. of Wisconsin | 8/6/2010 |
| U.S. District Court for the E.D. of Michigan | 9/24/2014 |
| U.S. District Court for the W.D. of Texas | 3/7/2016 |
| U.S. District for the District of Nebraska | 2/14/2019 |

3. Steven P. Gregory of the Gregory Law Firm, P.C. is local counsel and is a member in good standing of the Bar of the United States District Court for the Northern District of Alabama. Mr. Gregory has already made an appearance in this case. Mr. Gregory will sign pleadings on behalf of the Plaintiffs and consents to the service of papers on him. Attorney Gregory's address and contact information is as follows:

Gregory Law Firm, P.C.
505 N. 20th Street, Suite 1215
Birmingham, AL 35203
205-208-0312
steve@gregorylawfirm.us

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant this Motion and authorize Patrick C. Elliott to appear *pro hac vice* as co-counsel in this case.

Respectfully Submitted,

Date: Oct. 5, 2020

*Patrick C. Elliott*
Patrick C. Elliott
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
patrick@ffrf.org

Steven P. Gregory
ASB-0737-R73S
Gregory Law Firm, P.C.
505 N. 20th Street, Suite 1215
Birmingham, AL 35203
(205) 208-0312
steve@gregorylawfirm.us

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 5, 2020, a copy of the forgoing was mailed to the Defendant at this address:

John H. Merrill
Office of the Alabama Secretary of State
600 Dexter Ave. S-105
Montgomery, AL 36130

*Patrick C. Elliott*
Patrick C. Elliott