## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RANDAL CRAGUN, CHRIS NELSON, HEATHER COLEMAN, and ROBERT CORKER,** <br><br> *Plaintiffs,* <br><br> vs. <br><br> **JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama,** <br><br> *Defendant.* | **CASE NO.: 2:20-cv-01517-ACA** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZABETH CAVELL

Pursuant to Local Rule 83.1(b), the undersigned counsel moves this Court to admit attorney Elizabeth Cavell *pro hac vice* in the above-styled action to represent Plaintiffs Randal Cragun, Chris Nelson, Heather Coleman, and Robert Corker. Under penalty of perjury, Elizabeth Cavell states as follows:

1. Movant's office address[1] and contact information is as follows:

   Freedom From Religion Foundation
   10 N. Henry Street
   Madison, Wisconsin 53703
   608-256-8900

---

[1] Movant requests that the Court grant this motion without the need for movant's residence address. Alternatively, movant requests to file her residence address under seal. Movant has faced threats of harm as have other attorneys employed by FFRF due to the controversial nature of practicing law on matters involving religion and government.

608-204-0422 (fax)
ecavell@ffrf.org

2. Movant is in good standing and eligible to practice before the Wisconsin Supreme Court. Movant was admitted to practice in Wisconsin on June 18, 2012. Movant was admitted to practice in the State of Colorado on Oct. 26, 2009. After moving to Wisconsin, movant went into inactive status in Colorado in 2012. Movant's Colorado registration was suspended in 2015 for non-payment of the inactivity fee. Movant has not been admitted in any other jurisdictions.

3. Steven P. Gregory of the Gregory Law Firm, P.C. is local counsel and is a member in good standing of the Bar of the United States District Court for the Northern District of Alabama. Mr. Gregory has already made an appearance in this case. Mr. Gregory will sign pleadings on behalf of the Plaintiffs and consents to the service of papers on him. Attorney Gregory's address and contact information is as follows:

Gregory Law Firm, P.C.
505 N. 20th Street, Suite 1215
Birmingham, AL 35203
205-208-0312
steve@gregorylawfirm.us

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant this Motion and authorize Elizabeth Cavell to appear *pro hac vice* as co-counsel in this case.

Respectfully Submitted,

Date: Oct. 5, 2020

*Elizabeth Cavell*
Elizabeth Cavell
Freedom From Religion Foundation, Inc.

        10 N. Henry St.
        Madison, WI 53703
        608-256-8900
        ecavell@ffrf.org

        Steven P. Gregory
        ASB-0737-R73S
        Gregory Law Firm, P.C.
        505 N. 20th Street, Suite 1215
        Birmingham, AL 35203
        (205) 208-0312
        steve@gregorylawfirm.us

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on October 5, 2020, a copy of the forgoing was mailed to the Defendant at this

address:

John H. Merrill
Office of the Alabama Secretary of State
600 Dexter Ave. S-105
Montgomery, AL 36130

        *Elizabeth Cavell*
        _____
        Elizabeth Cavell