# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Randal Cragun, et al., Plaintiffs, | ) **Summons** <br> ) (Issued pursuant to Rule 4 of <br> ) the Federal Rules of Civil <br> ) Procedure or other appropriate <br> ) law.) |
| v. | ) |
| John H. Merrill, in his official capacity as Alabama Secretary of State, Defendant | ) CIVIL ACTION CASE NUMBER: <br> ) 2:20-cv-01517-ACA <br> ) |

### Summons in a Civil Action

To: (*Defendant's name and address*)

John H. Merrill, in his official capacity as Alabama Secretary of State
Office of the Alabama Secretary of State
600 Dexter Ave. S-105
Montgomery, AL 36130

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Steven P. Gregory
Gregory Law Firm, P.C.
505 N. 20th Street, Suite 1215
Birmingham, AL 35203

Patrick C. Elliott
Elizabeth Cavell
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 10/16/20

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK
By: _____
Deputy Clerk
(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203