**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John H. Merrill
600 Dexter Ave. S-105
Montgomery, AL 36130

9590 9402 5965 0062 9428 20

2. Article Number (Transfer from service label)

7020 0640 0000 0802 2832

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

x B. MCCASTER    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

OCT-20 2020

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

RECEIVED DATE
2:20-cv-01517-ACA
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt