IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDAL CRAGUN, CHRIS NELSON HEATHER COLEMAN, and ROBERT CORKER, <br><br>*Plaintiffs*, <br><br>v. <br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, <br><br>*Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:20-cv-01517-ACA |

### NOTICE OF APPEARANCE

Comes now, James W. Davis, a member of the Bar of this Court, and enters his appearance as counsel for Defendant John Merrill, in his official capacity as the Secretary of State for the State of Alabama.

Respectfully submitted,

Steve Marshall,
 *Attorney General*

/s James W. Davis
James W. Davis (ASB-4063-I58J)
 *Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s James W. Davis
Counsel for Defendants
