IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDAL CRAGUN, CHRIS NELSON HEATHER COLEMAN, and ROBERT CORKER,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama,<br><br>*Defendant*. | Case No. 2:20-cv-01517-ACA |

## UNOPPOSED MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE

This Court previously granted Defendant's unopposed motion to continue his deadline to file a responsive pleading until December 10, 2020. *See* docs. 9, 10. The parties have begun preliminary discussions to explore whether this case may be resolved and request a brief extension of 30 days to continue those discussions.

After consultation with Plaintiffs' counsel, and for good cause shown, Defendant respectfully moves to extend the deadline to respond to the Complaint until January 8, 2021. Plaintiffs do not oppose this motion.

Respectfully submitted,

Steve Marshall,
  *Attorney General*

James W. Davis_____
James W. Davis (ASB-4063-I58J)
Brenton M. Smith (ASB-1656-X27Q)
A. Reid Harris (ASB-1624-D92X)
  *Assistant Attorneys General*

1

        Office of the Attorney General
        501 Washington Avenue
        Montgomery, Alabama 36130-0152
        Telephone: (334) 242-7300
        Fax: (334) 353-8400
        Jim.Davis@AlabamaAG.gov
        Brenton.Smith@AlabamaAG.gov
        Reid.Harris@AlabamaAG.gov

        ***Counsel for Defendants***

## CERTIFICATE OF SERVICE

    I hereby certify that on December 9, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  <u>James W. Davis</u>
                                                  Counsel for Defendants