IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDAL CRAGUN, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>JOHN H. MERRILL, in his official capacity as )<br>Secretary of State of Alabama, )<br>)<br>*Defendant*. ) | Case No. 2:20-cv-01517-ACA |

**UNOPPOSED MOTION TO CONTINUE**
**RESPONSIVE PLEADING DEADLINE**

This Court previously granted motions to continue the responsive pleading deadline to permit the parties to explore the possibility of settlement. *See* docs. 10, 14. The parties have reached an agreement that involves changes to the printed voter registration form, after which this action would be dismissed. The parties expect the process to take around 60 days but cannot be sure precisely how much time is needed to develop and print new forms. The parties therefore ask that this Court extend the Defendant's responsive pleading deadline by sixty days, until March 8, 2021, to allow the parties to effectuate their agreement, and will notify the Court if additional time is requested.

If the Court wishes to discuss this matter, the parties would be pleased to participate in a status conference.

After consultation with Plaintiffs' counsel, and for good cause shown, Defendant respectfully moves to extend the deadline to respond to the Complaint until March 8, 2021. Plaintiffs do not oppose this motion.

Respectfully submitted,

Steve Marshall,
  *Attorney General*

<u>James W. Davis</u>
James W. Davis (ASB-4063-I58J)
Brenton M. Smith (ASB-1656-X27Q)
A. Reid Harris (ASB-1624-D29X)
  *Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>James W. Davis</u>
Counsel for Defendants