IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDAL CRAGUN, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-01517-ACA |
| | ) |
| JOHN H. MERRILL, in his official capacity as Secretary of State of Alabama, | ) |
| | ) |
| *Defendant*. | ) |

## JOINT MOTION TO CONTINUE RESPONSIVE PLEADING DEADLINE

The parties jointly request that this Court enter an order extending the responsive pleading deadline for an additional 30 days, until April 7, 2021, because of unexpected delays in completing actions necessary to finalize the parties' settlement agreement.

This Court previously granted Defendant's unopposed motion to continue the responsive pleading deadline to give the parties time to effectuate their settlement agreement. *See* docs. 15, 16. Defendant agreed to alter the voter registration form to address the concerns Plaintiffs raised in this action, and Plaintiffs agreed that they would voluntarily dismiss this action once the new forms were in place and available for public use.

Due in part to the COVID-19 pandemic, the process of putting the printing of new forms to public bid took longer than expected. The new voter registration forms are currently being printed, and the printing should take an additional 14 to 16 days. Then it will take an additional 1 to 2 weeks for the forms to be distributed around the State. Plaintiffs prefer that the new forms be in place before they voluntarily dismiss their action.

If the Court wishes to discuss this matter, the parties would be pleased to participate in a status conference.

For these reasons, the parties jointly request that the Court enter an order providing that by April 7, 2021, either: (1) the parties SHALL file a joint stipulation of dismissal or (2) Defendant SHALL file a responsive pleading.

    Respectfully submitted,

    Steve Marshall,
     *Attorney General*

    <u>James W. Davis</u>
    James W. Davis (ASB-4063-I58J)
    Brenton M. Smith (ASB-1656-X27Q)
    A. Reid Harris (ASB-1624-D29X)
     *Assistant Attorneys General*

    Office of the Attorney General
    501 Washington Avenue
    Montgomery, Alabama 36130-0152
    Telephone: (334) 242-7300
    Fax: (334) 353-8400
    Jim.Davis@AlabamaAG.gov
    Brenton.Smith@AlabamaAG.gov
    Reid.Harris@AlabamaAG.gov

    ***Counsel for Defendant***

/SPG/
Steven P. Gregory
ASB-0737-R73S
Gregory Law Firm, P.C.
505 N. 20th Street, Suite 1215
Birmingham, AL 35203
(205) 208-0312
steve@gregorylawfirm.us

Patrick C. Elliott*
Elizabeth Cavell*
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
patrick@ffrf.org
ecavell@ffrf.org

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

James W. Davis
Counsel for Defendants
