IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANDAL CRAGUN, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-01517-ACA |
| ) | |
| JOHN H. MERRILL, in his official capacity as ) | |
| Secretary of State of Alabama, ) | |
| ) | |
| *Defendant*. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this case stipulate to dismiss this action, with each party bearing that party's own costs and attorney's fees. The Secretary of State has implemented changes to the voter registration process and the parties have reached a settlement related to the claims in this case.

Respectfully submitted,

s/Patrick C. Elliott
Patrick C. Elliott
Elizabeth Cavell
Freedom From Religion Foundation, Inc.
10 N. Henry St.
Madison, WI 53703
608-256-8900
patrick@ffrf.org
ecavell@ffrf.org

1

Steven P. Gregory
ASB-0737-R73S
Gregory Law Firm, P.C.
505 N. 20th Street, Suite 1215
Birmingham, AL 35203
(205) 208-0312
steve@gregorylawfirm.us

*Counsel for the Plaintiffs*

s/James W. Davis
James W. Davis (ASB-4063-I58J)
Brenton M. Smith (ASB-1656-X27Q)
A. Reid Harris (ASB-1624-D29X)
  *Assistant Attorneys General*

Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov

*Counsel for Defendant*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/<u>Patrick C. Elliott</u><br>
Counsel for Plaintiffs